Writ refused. There is no error of law in the judgment.

270 So.2d 126

Elsie Cecile DOBARD, wife of Anthony L. PALAMA

v.

Anthony L. PALAMA.

No. 53061.

Dec. 21, 1972.

Application denied; the judgment is correct.